STATE OF CONNECTICUT *v.* DWAYNE K. GRIFFIN

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 821 (AC 25206), is denied.

*Carlos E. Candal*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided February 13, 2007

STATE OF CONNECTICUT *v.* LARRY DAVIS

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 608 (AC 26039), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that the defendant's right to a fair trial was not prejudiced by the trial court's consolidation for trial of three separate informations against the defendant?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17829.

*Ira B. Grudberg*, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided February 13, 2007